**IN THE DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ANTHONY KACZOROSKI**                                                      **PLAINTIFF**

    **VS.**                        **CASE NO:**     5:22cv5127

**CASEY'S GENERAL STORES. INC.;**                                    **DEFENDANTS**
**CASEY'S SERVICES COMPANY**
**(D/B/A CASEY'S GENERAL STORE**
**& CASEY'S GENERAL STORES);**
**TIMOTHY S. GAMBRALL &**
**JOHN DOE NOS. 1-4**

## NOTICE OF REMOVAL

Comes now Casey's Services Company[1] ("Casey's Services"), by and through its attorneys Kutak Rock LLP, and for its Notice of Removal of this action from the Circuit Court of Benton County, Arkansas, to the United States District Court for the Western District of Arkansas, states:

1.      The removed action is currently pending in the Circuit Court of Benton County, Arkansas, case number 04CV-22-23, styled *KACZOROSKI V CASEYS GENERAL STORES INC ETAL* (herein the "Removed Action").

2.      Plaintiff filed his Complaint on January 3, 2022.  By agreement of counsel, service of the Summons and Complaint on Casey's Services has now been perfected. By agreement of counsel, this notice of removal is timely filed. 28 U.S.C. § 1446(b).

3.      Attached to this Notice of Removal is "Exhibit A", which includes copies of all state-court process, pleadings, and orders that have been filed in the Removed Action in accordance with 28 U.S.C. § 1446(a).

---

[1] Casey's Services Company is improperly identified as d/b/a Casey's General Store & Casey's General Stores; it does not do business as any other entity.

4.      A copy of this Notice of Removal is being filed concurrently in the Removed Action in the Circuit Court of Benton County, Arkansas.  28 U.S.C. § 1446(d).

5.      At the time of the commencement of the Removed Action, upon information and belief, Plaintiff was and at the present time is a citizen of Arkansas.  Casey's Services Company is a corporation headquartered in Ankeny, Iowa, that owns and operates a chain of gas stations/convenience stores and is authorized to do business in the State of Arkansas.  Accordingly, there is diversity of citizenship of Plaintiff and Defendants. 28 U.S.C. § 1332.

6.      Plaintiff alleges damages in his Complaint "in an amount exceeding that required for federal diversity jurisdiction".  Accordingly, the amount in controversy exceeds that required for jurisdiction by this Court.  28 U.S.C. § 1332.

7.      The other named defendants do not object to removal of this matter.

8.      The undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not made for any improper purpose.

WHEREFORE, Defendant Casey's Services Company hereby gives its Notice of Removal of the Removed Action to this Court from the Circuit Court of Benton County, Arkansas.


Dated: June 30, 2022                            Respectfully submitted,

                                                KUTAK ROCK LLP

                                                By:  /s/ Niki Cung
                                                _____
                                                     Niki Cung, AR 96153
                                                     234 East Millsap Road, Suite 200
                                                     Fayetteville, AR  72703-4099
                                                     Telephone: (479) 973-4200
                                                     Facsimile: (479) 973-0007
                                                     niki.cung@kutakrock.com

                                                     *Attorneys for Defendants*

# EXHIBIT A

## Report Selection Criteria

**Case ID:**      04CV-22-23
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**    04CV-22-23 - KACZOROSKI V CASEYS GENERAL STORES INC ETAL *-NON-TRIAL*
**Filing Date:** Monday , January 03rd, 2022
**Court:**      04 - BENTON
**Location:**   CI - CIRCUIT
**Type:**      NM - AUTOMOBILE TORT
**Status:**     OPEN - CASE OPEN
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|------:|-------|----------|------|----|------|
| 1 | | | JUDGE | 7965459 | **19TH WEST CIRCUIT DIVISION 5** |
| | | | | **Aliases:** | DUNCAN |
| | | | | | |
| 3 | | | PLAINTIFF/PETITIONER ATTORNEY | 8229414 | **GIBBS, DARREN ALEXANDER** |
| | | | | **Aliases:** | *none* |
| | | | | | |

| 2 | | | PLAINTIFF | | 17476352 | **KACZOROSKI, ANTHONY** |
|---|---|---|---|---|---|---|
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 4 | | | DEFENDANT | | 17476353 | **GAMBRALL, TIMOTHY S** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 9 | | | DEFENDANT | | 17476358 | **CASEYS GENERAL STORES** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 6 | | | DEFENDANT | | 17476355 | **CASEYS SERVICES COMPANY** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 7 | | | DEFENDANT | | 17476356 | **JOHN DOE NOS 1 TO 4** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 8 | | | DEFENDANT | | 17476357 | **CASEYS GENERAL STORE** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |
| 5 | | | DEFENDANT | | 17476354 | **CASEYS GENERAL STORES INC** |
| | | | | **Aliases:** | | *none* |
| | | | | | | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 01/03/2022 04:59 PM | AOC COVERSHEET CIVIL | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 01/03/2022 04:59 PM | COMPLAINT/PETITION FILED $ | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 01/03/2022 04:59 PM | MOF ORIGINAL | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |

| 01/04/2022 09:06 AM | PAYMENT RECEIVED | | |
|---|---|---|---|
| **Entry:** | A Payment of $165.00 was made on receipt 04CI75571. | | |
| **Images** | No Images | | |
| | | | |
| 01/04/2022 11:37 AM | SUMMONS FEE 21-6-402 $ | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 01/04/2022 11:37 AM | SUMMONS FEE 21-6-402 $ | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 01/04/2022 11:37 AM | SUMMONS FEE 21-6-402 $ | GIBBS, DARREN ALEXANDER | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 01/04/2022 01:16 PM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of $7.50 was made on receipt 04CI75579. | | |
| **Images** | No Images | | |
| | | | |
| 01/04/2022 01:51 PM | SUMMONS - FILER PREPARED | | |
| **Entry:** | CASEYS GENERAL STORES INC | | |

| | | | |
|---|---|---|---|
| **Images** | WEB | | |
| | | | |
| 01/04/2022 01:52 PM | SUMMONS - FILER PREPARED | | |
| **Entry:** | CASEYS SERVICES COMPANY | | |
| **Images** | WEB | | |
| | | | |
| 01/04/2022 01:53 PM | SUMMONS - FILER PREPARED | | |
| **Entry:** | TIMOTHY GAMBRALL | | |
| **Images** | WEB | | |
| | | | |
| 05/11/2022 09:22 AM | ORDER TO DISMISS | | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 05/11/2022 09:22 AM | AOC DISPOSITION SHEET | | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/07/2022 01:19 PM | MOTION OTHER | GIBBS, DARREN ALEXANDER | |
| **Entry:** | MOTION TO REOPEN AND INCORPORATED BRIEF IN SUPPORT | | |
| **Images** | WEB | | |

| 06/07/2022 01:19 PM | SUMMONS SERVED | GIBBS, DARREN ALEXANDER | |
|---|---|---|---|
| **Entry:** | CASEYS SERVICES CO 2/8/22 | | |
| **Images** | [WEB](#) | | |

| 06/07/2022 01:19 PM | SUMMONS SERVED | GIBBS, DARREN ALEXANDER | |
|---|---|---|---|
| **Entry:** | CASEYS GENERAL STORES INC 2/8/22 | | |
| **Images** | [WEB](#) | | |

| 06/08/2022 10:18 AM | ORDER OTHER | 19TH WEST CIRCUIT DIVISION 5, | |
|---|---|---|---|
| **Entry:** | ORDER TO VACATE DISMISSAL AND TO REOPEN | | |
| **Images** | [WEB](#) | | |

| 06/28/2022 04:24 PM | MOTION DISMISS | GIBBS, DARREN ALEXANDER | |
|---|---|---|---|
| **Entry:** | *none.* | | |
| **Images** | [WEB](#) | | |

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jan-03  16:59:14
04CV-22-23
C19WD05 : 7 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

ANTHONY KACZOROSKI                                    PLAINTIFF

VS                              CASE NO.

CASEY'S GENERAL STORES, INC.;                         DEFENDANTS
CASEY'S SERVICES COMPANY
(D/B/A CASEY'S GENERAL STORE
& CASEY'S GENERAL STORES);
TIMOTHY S. GAMBRALL &
JOHN DOE NOS. 1-4

### <u>COMPLAINT</u>

COMES NOW the Plaintiff, Anthony Kaczoroski, by and through his attorney, Darren A.

Gibbs, and for his Complaint against Defendants, states as follows:

1.      That at the time of the occurrence that is the subject matter of this lawsuit,

Plaintiff, Anthony Kaczoroski, was and is a resident of Benton County, Arkansas.

2.      That at all times pertinent to this lawsuit, Casey's Services Company (d/b/a

Casey's General Store & Casey's General Stores) is/was a Foreign For Profit Corporation,

originating from the state of Iowa and registered to do business in the state of Arkansas, and its

registered agent is listed as: CT Corporation System, 124 West Capitol Ave, Suite 1900, Little

Rock, Arkansas 72201.

3.      Casey's General Stores, Inc. is a for-profit corporation with its principal place of

business in Iowa.  Upon reasonable and believe, Defendant Timothy S. Gambrall is a resident of

Iowa.

4.    That in addition and/or in the alternative to the above, Defendant John Doe Nos. 1-4, is the official name of the person or entity with which Defendant Casey's and/or Timothy S. Gambrall may be associated (including other principal(s), employer(s), or successor(s)-in-interest). Further, Defendant John Doe Nos. 1-4 represent any shipper, broker, supplier(s) and/or as applicable, recipient(s) of the loads being hauled by Mr. Timothy S. Gambrall at the time of the subject occurrence.

5.    That upon determining the identity of any currently unknown tortfeasor, person or entity, Plaintiff will amend the Complaint by substituting the real name for the pseudo-name.

6.    That pursuant to A.C.A. §16-56-125, Plaintiff has attached the Affidavit of the Plaintiff's Attorney affirming that the identity of a tortfeasor(s) is unknown, as "EXHIBIT A".

7.    Casey's Services Company (d/b/a Casey's General Store and d/b/a Casey's General Stores), as well as Casey's General Stores, Inc., or any other applicable John Doe, will collectively be referred to in this Complaint as "Casey's".

8.    This Court has jurisdiction over this cause and the parties hereto and the venue of this action is properly placed within this Court.

9.    At the time of the occurrence, Mr. Timothy S. Gambrall was driving a tractor-trailer owned, leased, maintained, an/or operated by or on behalf of the Defendant Casey's.

10.    At the time of the occurrence, Mr. Gambrall was the agent, servant, and/or employee of Defendant Casey's.

11.    The tractor trailer operated by Mr. Gambrall involved in this collision was operated under regulations promulgated by the U.S. Department of Transportation.

12.     On the date of the subject occurrence, January 4, 2019, Mr. Gambrall had a commercial driver's license ("CDL").

13.     That at all times pertinent to this lawsuit, Mr. Gambrall was a commercial motor vehicle driver subject the regulations of the United States Department of Transportation (FMCSA) and the State of Arkansas.

14.     At all times pertinent to this lawsuit, Mr. McGrady was in the course and scope of his employment and/or agency relationship with Casey's.

15.     On January 4, 2019, preceding the subject collision, Plaintiff Anthony Kaczoroski was traveling west on Arkansas State Highway 72/E. Central Avenue in Bentonville, Arkansas.

16.     At the time of collision, Mr. Kaczoroski was driving his 2009 Chevrolet HHR, a compact, four-door SUV.

17.     At approximately 2:10 PM, Mr. Gambrall was driving the Casey's tractor-trailer South on NE 11th Street, when he attempted to turn left onto Arkansas State Highway 72/E. Central Avenue. As Mr. Gambrall began his turn left, he struck the right side of Mr. Kaczoroski's vehicle.

18.     The subject collision and all damages related to the collision occurred as a proximate result of the negligent conduct of Mr. Gambrall, which is imputed to Defendant Casey's, in particular including, but not limited to, the following:

      A.     That Mr. Gambrall failed to yield the right of way;

      B.     That Mr. Gambrall failed to maintain a proper lookout under the circumstances then and there existing;

        C.    That Mr. Gambrall failed to maintain proper control of his vehicle for the circumstances then and there existing;

        D.    That Mr. Gambrall failed to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and/or by DOT Regulations; and

        E.    That Mr. Gambrall failed to use ordinary care under the circumstances then and there existing.

19.    That Defendant Casey's was negligent in particular including but not limited to, the following:

        A.    Negligence in the hiring, training, and supervision of Mr. Gambrall;

        B.    Negligent failure to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and by DOT regulations; and,

        C.    Otherwise failing to exercise ordinary care under the circumstances.

20.    Plaintiff Anthony Kaczoroski was not guilty of any comparative fault.

21.    No other person, firm, company, corporation, or entity of any type, other than those identified herein, was guilty of any negligence which was a proximate and contributing cause of the subject collision and/or Plaintiff's damages.

22.    The negligence of Mr. Gambrall is imputed to Casey's (and/or John Does 1-4) under the doctrine of respondent superior, vicarious liability, and /or by federal regulations in that he was the driver for Defendant Casey's (and/or John Doe Nos. 1-4) and in the course and scope of his employment or agency relationship with Defendant Casey's.

23.     As a proximate result of the negligence of Mr. Gambrall, which is imputed to Defendant Casey's (and/or John Doe Nos. 1-4), Plaintiff, Anthony Kaczoroski, sustained injuries to areas of his body including, but not limited to his neck, back, legs, feet, and arms, which required him to incur expense for medical care and treatment in the past and he will incur medical expenses expenses in the future; he has suffered lost earning and earning capacity in the past and will continue to suffer lost earnings and/or earning capacity in the future; he has endured pain, suffering, discomfort, mental anguish and loss of enjoyment of life in the past and will endure pain, suffering, discomfort, mental anguish and loss of enjoyment of life in the future; his injuries are permanent in nature; and for all of which he should have judgment from and against Defendants in an amount in excess of the minimum amount required for federal court diversity jurisdiction.

24.     The Plaintiff prays for a jury trial in this cause.

25.     The Plaintiffs reserve the right to amend and plead further in this action.

WHEREFORE, Plaintiff, Anthony Kaczoroski, prays that he have judgment from and against Defendants, in an amount in excess of that required for the minimum amount necessary for federal court diversity jurisdiction for compensatory damages; and, for his costs, and all the relief to which he may be entitled.

RESPECTFULLY SUBMITTED,
ANTHONY KACZOROSKI

By:     /s/Darren A. Gibbs
        Darren A. Gibbs, #2009255
        3729 N. Crossover Rd, Suite 111
        Fayetteville, AR 72703
        (479) 521-7050, (479) 521-7052-fax
        dgibbs@arklaw.net

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

**ANTHONY KACZOROSKI**                                        **PLAINTIFF**

**VS**                                    **CASE NO.**

**CASEY'S GENERAL STORES, INC.;**                            **DEFENDANTS**
**CASEY'S SERVICES COMPANY**
**(D/B/A CASEY'S GENERAL STORE**
**& CASEY'S GENERAL STORES);**
**TIMOTHY S. GAMBRALL &**
**JOHN DOE NOS. 1-4**

## AFFIDAVIT OF DARREN A. GIBBS

BEFORE ME, the undersigned authority, personally appeared Darren A. Gibbs, who,

upon first being duly sworn, deposes and states as follows:

1. I, Darren Gibbs, represent the Plaintiff in the above-styled lawsuit.

2. I have caused to be filed a Complaint in the above matter in the appropriate court of this

   state.

3. At this time, the names and the number of contemplated Defendants in this action are

   unknown.

4. For the purpose of tolling the statute of limitations, pursuant to Ark. Code Ann.

   §16-56-125, I have designated John Does 1-4 as unknown defendants.

5. Upon determining the identity of the unknown defendants, the pseudonym John Doe will

   be replaced with the real name of the Defendant in the Complaint of the above-entitled

   matter.

   FURTHER, the AFFIANT SAYETH NOTE.



Darren A. Gibbs, #2002955
The Law Offices of Darren A. Gibbs, PLLC
3729 N. Crossover Rd., Ste. 111
Fayetteville, AR 72703
(479) 521-7050, (479) 521-7052-fax
dgibbs@arklaw.net

Subscribed and sworn to me, this 29th day of December, 2021.

Notary Public

My commission expires:

6/20/2029

LUCY ELDRED LANGSTON
Notary Public - Arkansas
Washington County
Commission # 12347725
My Commission Expires Jun 20, 2029

THE CIRCUIT COURT OF <u>Benton</u> COUNTY, ARKANSAS

<u>Civil</u> DIVISION [Civil, Probate, etc.]

<u>Anthony Kaczoroski</u>

Plaintiff

v.                                      No. <u>04CV-22-23</u>

<u>Casey's General Stores Inc., at al</u>

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>Casey's General Stores, Inc.</u>     [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>Darren Gibbs, 3729 N. Crossover Rd, Suite 111, Fayetteville, AR 72703</u>

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____


                                            CLERK OF COURT

Address of Clerk's Office

102 NE "A" Street
_____                    _____
                                            [Signature of Clerk or Deputy Clerk]

Bentonville, AR 72712
_____                     Date:_____


[SEAL]

No. _____ **This summons is for** _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____


My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

       _____

      Phone: _____

Subscribed and sworn to before me this date: _____

     Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**      KACZOROSKI V CASEYS GENERAL STORES INC
                     ETAL

**Case Number:**     04CV-22-23

**Type:**            SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SRCABALLEROS on 2022-01-04 13:51:50     page 7 of 7

THE CIRCUIT COURT OF Benton_____ COUNTY, ARKANSAS

Civil_____ DIVISION [Civil, Probate, etc.]

Anthony Kaczoroski_____

Plaintiff

v.                                No. 04CV-22-23_____

Casey's General Stores Inc., at al_____

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Casey's Services Company_____    [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

Darren Gibbs, 3729 N. Crossover Rd, Suite 111, Fayetteville, AR 72703_____

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

<div style="text-align:center">CLERK OF COURT</div>

Address of Clerk's Office

102 NE "A" Street
_____

Bentonville, AR 72712
_____

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

No. _____ **This summons is for** _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]

_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

      _____

      Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**          KACZOROSKI V CASEYS GENERAL STORES INC
                          ETAL

**Case Number:**    04CV-22-23

**Type:**                    SUMMONS - FILER PREPARED


So Ordered



Electronically signed by SRCABALLEROS on 2022-01-04 13:52:40     page 7 of 7

THE CIRCUIT COURT OF <u>Benton</u> COUNTY, ARKANSAS

<u>Civil</u> DIVISION [Civil, Probate, etc.]

<u>Anthony Kaczoroski</u>
Plaintiff

v.                                           No. <u>04CV-22-23</u>

<u>Casey's General Stores Inc., at al</u>
Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>Timothy Gambrall</u>        [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>Darren Gibbs, 3729 N. Crossover Rd, Suite 111, Fayetteville, AR 72703</u>

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

CLERK OF COURT

Address of Clerk's Office

102 NE "A" Street
_____

_____
[Signature of Clerk or Deputy Clerk]

Bentonville, AR 72712
_____          Date:_____

[SEAL]

No. _____ This summons is for _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

       _____

      Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     KACZOROSKI V CASEYS GENERAL STORES INC
ETAL

**Case Number:**     04CV-22-23

**Type:**     SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SRCABALLEROS on 2022-01-04 13:53:09    page 7 of 7

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-May-11  09:22:29
04CV-22-23
C19WD05 : 1 Page

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**CIVIL DIVISION**
**DIVISION V**

**ANTHONY KACZOROSKI**                                                      **PLAINTIFF**


**VS**                                          **NO. 04CV-22-23-5**

**CASEY'S GENERAL STORE, INC.;**
**CASEY SERVICES COMPANY**
**(D/B/A CASEY'S GENERAL STORE &**
**CASEY'S GENERAL STORES);**
**TIMONTHY S. GAMBRALL &**
**JOHN DOES NOS 1-4**                                               **DEFENDANTS**


## ORDER

NOW on this _____ day of May, 2022, the above styled case came before the Court, *sua*

*sponte*, and the Court Finds and Orders that the case is hereby  dismissed without prejudice.

pursuant to Rule 4(i),  Arkansas Rules of Civil Procedure, failure to properly serve process:

IT IS SO ORDERED.

_____
XOLLIE DUNCAN, Circuit Judge


cc:  Darren Gibbs, via: e-flex

he

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jun-07  13:19:49
04CV-22-23
C19WD05 : 3 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

ANTHONY KACZOROSKI                                    PLAINTIFF

VS                          CASE NO.      04CV-22-23

CASEY'S GENERAL STORES, INC.;                          DEFENDANTS
CASEY'S SERVICES COMPANY
(D/B/A CASEY'S GENERAL STORE
& CASEY'S GENERAL STORES);
TIMOTHY S. GAMBRALL &
JOHN DOE NOS. 1-4


## MOTION TO REOPEN and INCORPORATED BRIEF IN SUPPORT

**COMES** the Plaintiff, Anthony Kaczoroski, by and through his attorney, the Law Offices of

Darren A. Gibbs, PLLC and for his Motion states:

1.   That on or about the 11th day of May, 2022 the Court entered an Order to Dismiss the

     Plaintiff's complaint for failure to timely serve the Defendant pursuant to Arkansas Rule

     of Civil Procedure Ark. R. Civ. P.  4(i).

2.   That ARCP 4(f)(5) provides, in pertinent part, that a Defendant Corporation may be

     served by personal service to its registered agent within the state of Arkansas.

3.   That the Corporate Defendants were respectively served pursuant to ARCP 4(f)(5) on

     February 8, 2022 as evidenced by the Affidavit of Service filed contemporaneously with

     this Motion, within the time required for service of a Complaint and Summons.

4.   Additionally, the Plaintiff has reached an agreement with Defendants' counsel, Niki Cung

     of Kutak Rock, LLP, to attempt settlement before continuing litigation; and that further,

1

Ms. Cung is accepting service on behalf of Mr. Gambrall.  Hence, the reason why Proofs were not previously filed.

5.  That ARCP 60(a) states in pertinent part:

"To correct errors or mistakes or to prevent the miscarriage of justice, the court may modify or vacate a judgment, order or decree on motion of the court or any party, with prior notice to all parties, within ninety days of its having been filed with the clerk."

6.  That the Plaintiff has timely filed this motion pursuant to the Rule, and prays the Court vacate the judgment to dismiss and reopen the case.

**WHEREFORE**, Plaintiff prays this Court vacate its motion to dismiss and reopen this case; and for any other relief to which he may be entitled.

ANTHONY KACZOROSKI, PLAINTIFF

BY:    \s\   Darren A. Gibbs
Darren A. Gibbs
ABA #2009255
THE LAW OFFICES OF DARREN A. GIBBS, PLLC
3729 N. Crossover, Ste 111
Fayetteville, AR 72703
479-521-7050
Fax: 479-521-7052
dgibbs@arklaw.net

2

CERTIFICATE OF SERVICE

The undersigned attorney swears and affirms that he has delivered a true and correct copy of the foregoing motion to the attorney of record on this 7th day of June 2022, via the eFlex filing system:

Niki Cung
Niki.cung@kutakrock.com
*Via Eflex*

                              /s/ Darren A. Gibbs
                              Darren A. Gibbs

3

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jun-07  13:19:49
04CV-22-23
C19WD05 : 7 Pages

THE CIRCUIT COURT OF Benton_____ COUNTY, ARKANSAS

Civil____ DIVISION [Civil, Probate, etc.]

Anthony Kaczoroski_____
Plaintiff

v.                                          No. 04CV-22-23_____

Casey's General Stores Inc., at al_____
Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Casey's General Stores, Inc._____    [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

Darren Gibbs, 3729 N. Crossover Rd, Suite 111, Fayetteville, AR 72703_____

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____


CLERK OF COURT

Address of Clerk's Office

102 NE "A" Street
_____

_____
[Signature of Clerk or Deputy Clerk]

Bentonville, AR 72712
_____

Date:_____


[SEAL]

No. _____ **This summons is for** _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☒ On **2-8-22** [date] I delivered the summons and complaint to **CT Corporation System**

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of **Casey's General Stores, Inc** [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]

_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _2-15-22_____

By: _____
[signature of server]

_Jeff Barnett_____
[printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _2-15-22_____

Notary Public _Diane Langrell_____

My Commission Expires: _____

Diane Langrell
Pulaski
NOTARY PUBLIC -- ARKANSAS
My Commission Expires    March 5, 2028
Commission No. 12703520

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     KACZOROSKI V CASEYS GENERAL STORES INC
                    ETAL

**Case Number:**    04CV-22-23

**Type:**           SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SRCABALLEROS on 2022-01-04 13:51:50     page 7 of 7

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jun-07  13:19:49
04CV-22-23
C19WD05 : 7 Pages

THE CIRCUIT COURT OF <u>Benton</u> COUNTY, ARKANSAS

<u>Civil</u> DIVISION [Civil, Probate, etc.]

<u>Anthony Kaczoroski</u>

Plaintiff

v.                                    No. <u>04CV-22-23</u>

<u>Casey's General Stores Inc., at al</u>

Defendant

## SUMMONS

## THE STATE OF ARKANSAS TO DEFENDANT:

<u>Casey's Services Company</u>        [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>Darren Gibbs, 3729 N. Crossover Rd, Suite 111, Fayetteville, AR 72703</u>


If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____


                                                     CLERK OF COURT

Address of Clerk's Office

102 NE "A" Street
_____                    _____
                                        [Signature of Clerk or Deputy Clerk]

Bentonville, AR 72712
_____                    Date:_____



[SEAL]

No. _____ **This summons is for** _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☒ On *2-8-22* [date] I delivered the summons and complaint to *CT Corporation System*

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of *Casey's Services Company* [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
　　　　[signature of server]

_____
　　　　[printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____2-15-22_____

By: _____
[signature of server]

_Jeff Barnett_____
[printed name]

Address: _____

　　　　　_____

　　　Phone: _____

Subscribed and sworn to before me this date: ____2-15-22_____

　　Notary Public ___Diane Langrell_____

My Commission Expires: _____

Diane Langrell
Pulaski
NOTARY PUBLIC – ARKANSAS
My Commission Expires    March 5, 2028
Commission No.12703020

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:** KACZOROSKI V CASEYS GENERAL STORES INC ETAL

**Case Number:** 04CV-22-23

**Type:** SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SRCABALLEROS on 2022-01-04 13:52:40    page 7 of 7

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jun-28  16:24:25
04CV-22-23
C19WD05 : 2 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

ANTHONY KACZOROSKI                                    PLAINTIFF

VS                        CASE NO.     04CV-22-23

CASEY'S GENERAL STORES, INC.;                         DEFENDANTS
CASEY'S SERVICES COMPANY
(D/B/A CASEY'S GENERAL STORE
& CASEY'S GENERAL STORES);
TIMOTHY S. GAMBRALL &
JOHN DOE NOS. 1-4

## MOTION TO DISMISS

COMES NOW the Plaintiff, by and through attorney, Darren A. Gibbs, and in support of this Motion to Dismiss without Prejudice, states and alleges the following:

1.      That the Court has jurisdiction and is the proper venue for this matter.

2.      Based on information from the Defendant and subsequent agreement of the parties, Casey's Services Company is the proper corporate Defendant in this matter.

3.       As such, Pursuant to Ark. R. Civ. P. 41, Plaintiff hereby moves to exercise the absolute right to voluntarily dismiss, without prejudice, the Defendant Casey's General Stores, Inc.

WHEREFORE, the Plaintiff respectfully requests the Court Dismiss without prejudice the separate named Defendant, Casey's General Stores, Inc., and for all other relief to which Plaintiff may prove entitled.

RESPECTFULLY SUBMITTED,
ANTHONY KACZOROSKI

By:     /s/ DARREN A. GIBBS
        Darren A. Gibbs, #2009255
        The Law Offices of Darren A. Gibbs
        3729 N. Crossover Rd, Suite 111
        Fayetteville, AR  72701
        (479) 521-7050 Fax: (479) 521-7052

dgibbs@arklaw.net

CERTIFICATE OF SERVICE

The undersigned attorney swears and affirms that he has delivered a true and correct copy of the foregoing motion to the attorney of record on this 28th day of June 2022, via the eFlex filing system:

Niki Cung
Niki.cung@kutakrock.com
*Via Eflex*

                              /s/ Darren A. Gibbs
                              Darren A. Gibbs